**2003–1572. State ex rel. Howard v. Indus. Comm.**

Franklin App. No. 97AP–860. On bill and documentation in support filed by Industrial Commission of Ohio in response to the court's entry of December 29, 2003, and bill and documentation in support of attorney fees of Seaway Food Town. Seaway Food Town is awarded $938 and the Industrial Commission is awarded $285.

**2003–1794. State ex rel. Carmickle v. Indus. Comm.**

Franklin App. No. 02AP–1427, 154 Ohio App.3d 74, 2003-Ohio-4574, 796 N.E.2d 61. On motion to consider case on record. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**2003–1835. State v. Harris.**

Montgomery App. No. 19311, 2003-Ohio-1046. On motion for leave to file delayed appeal. Motion denied.

**2003–1899. State ex rel. Besser v. Columbus.**

In Mandamus. On S.Ct.Prac.R. X(5) determination and on consideration of relator's request for attorney fees.

It is hereby ordered that an alternative writ be granted.

It is further ordered that relator's request for attorney fees be denied.

**2003–1908. State ex rel. Hamilton Cty. Bd. of Commrs. v. State Emp. Relations Bd.**

In Mandamus. On answer of respondent. Sua sponte, alternative writ granted.

PFEIFER, J., dissents and would dismiss the cause.

**2003–2158. State v. Byrd.**

Hamilton App. Nos. C–020699 and C–020799. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2003–2160. State v. Caldwell.**

Cuyahoga App. No. 80556, 2002-Ohio-4911. On motion for leave to file delayed appeal. Motion denied.

**2003–2183. Carnes v. Kemp.**

Auglaize App. No. 2–03–10, 2003-Ohio-5884. On review of order certifying a conflict. The court determines that a conflict exists.

F.E. SWEENEY, J., dissents.

The parties are to brief the issue stated in the court of appeals' Journal Entry filed December 12, 2003:

"Upon consideration the court finds that the judgment in the instant case is in conflict with the judgment rendered by the Second District Court of Appeals in *Buechter v. Bodiker*, 2d Dist. No. 2002–CA–22, 2002-Ohio-5598, and the Fourth District Court of Appeals in *Sexton v. Conley*, 4th Dist. No. 01CA2823, 2002-Ohio-6346. Accordingly, the motions to certify a conflict are well taken and the following issue should be certified pursuant to App.R. 25:

"Does a court have subject-matter jurisdiction to award retroactive child support payments in a paternity action initiated after the child has reached the age of majority?"

Sua sponte, cause consolidated with 2003–2116, *Carnes v. Kemp*, Auglaize App. No. 2–03–10, 2003-Ohio-5884.

**2003–2196. State v. Pruhs.**

Clermont App. No. CA2001–03–037, 2001-Ohio-8661. On motion for leave to file delayed appeal. Motion denied.

**2003–2203. State v. Lee.**

Cuyahoga App. No. 82326, 2003-Ohio-5640. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.